UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 2:25-mj-122 |
| | ) | |
| DATO ABULADZE | ) | |

## MOTION FOR DETENTION

NOW COMES the United States of America, by and through its attorney, Michael P. Drescher, Acting United States Attorney for the District of Vermont, and moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>. This defendant is eligible for detention because the case involves a significant risk of flight. *See* 18 U.S.C. § 3142(f)(2)(A).

2. <u>Reason For Detention</u>. The Court should detain the defendant because there are no conditions of release that will reasonably assure the defendant's appearance as required.

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against the defendant under § 3142(e). No rebuttable presumption applies in this matter.

4. <u>Time For Detention Hearing</u>. The United States requests the court conduct the detention hearing at the initial appearance or as soon thereafter as possible.

5. <u>Other Matters</u>. The defendant entered the United States without complying with posted signs related to appropriate places for entry. The defendant instead walked around the Haskell Free Library, which sits on the U.S.-Canada border, in order to enter this country. Once in the United States, he flagged down a local resident and sought a ride.

The defendant has no ties to this country and no legal status within it. He has disregarded rules regarding how to enter the country in this instance and at least once previously. There is no reason to believe he will follow directions from this Court. The Court should therefore order his detention pending further proceedings.

Dated at Burlington, in the District of Vermont, August 27, 2025.

                                          Respectfully submitted,

                                        MICHAEL P. DRESCHER
                                        Acting United States Attorney

By:   */s/ Eugenia Cowles*
       Eugenia Cowles
       Assistant U.S. Attorney
       P.O. Box 570
       Burlington, VT 05402-0570
       (802) 951-6725